## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **OLIVIA DANIELS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CASE NO. CIV-14-1326-HE** |
| | ) | |
| **THE STATE OF OKLAHOMA,** | ) | |
| ***ex rel.* Oklahoma Health Care** | ) | |
| **Authority,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the plaintiff, Olivia Daniels, hereby stipulates with the defendant, The State of Oklahoma, *ex rel.* Oklahoma Health Care Authority, that this action shall be dismissed with prejudice. Each party is to bear its own costs and attorneys' fees.

s/Raymond C. Durbin
OBA No. 2554
P. O. Box 20546
Oklahoma City, OK 73156-0546
Telephone:   (405) 476-3552
E-mail:      rdurbin3@cox.net

ATTORNEY FOR PLAINTIFF

s/Susan Eads
OBA No. 17800
Joseph H. Young, OBA No. 22349
Sharon Hsieh, OBA No. 21074
Oklahoma Health Care Authority
P. O. Drawer 18497
Oklahoma City, Oklahoma 73154-0497
Phone:      (405) 522-7431
Fax:      (405) 530-3444
E-mail:      susan.eads@okhca.org
            becki.burton@okhca.org
            sharon.hsieh@okhca.org

ATTORNEYS FOR DEFENDANT